(101 So. 922)

STANDARD MOTOR CAR CO. v. D. E. FINDLEY. (1 Div. 325.) (Supreme Court of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Appeal dismissed by appellant.

---

(102 So. 919)

Ex parte C. M. TALLEY. (8 Div. 681.) (Supreme Court of Alabama. Jan. 20, 1925.) Petition for Mandamus to Circuit Court, Jackson County; W. W. Haralson, Judge.

PER CURIAM. Petition dismissed on motion of petitioner.

---

(102 So. 919)

Pete TAYLOR v. STATE. (6 Div. 75.) (Supreme Court of Alabama. Dec. 4, 1924.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Murder in second degree.

ANDERSON, C. J. This appeal is upon the record proper, which discloses no reversible error. The judgment of the circuit court is affirmed.

SAYRE, GARDNER, and MILLER, JJ., concur.

---

(103 So. 921)

Ex parte TODD SHIPBUILDING & DRY DOCKS CO. (1 Div. 368.) (Supreme Court of Alabama. April 9, 1925.) Petition for mandamus to Hon. Saffold Berney, as Judge of the Circuit Court of Mobile County. See, also, ante, p. 477, 103 So. 447.

PER CURIAM. Petition dismissed by petitioner.

---

(101 So. 922)

Ex parte WEST HELENA COAL CO. (6 Div. 77.) (Supreme Court of Alabama. Oct. 9, 1924.) Certiorari to Circuit Court, Jefferson County. Arthur L. Brown, of Birmingham, for petitioner. Frank W. Smith, of Birmingham and L. L. Saxon, of Columbiana, opposed.

PER CURIAM. Reversed and remanded by agreement.